## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARAYSA POLANCO, *et al.* | : | NO. 1:24-CV-00525 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| DENISE BLACKWELL, | : | |
| Defendant. | : | |

## <u>ORDER</u>

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that: The Plaintiffs' motion for summary judgment (doc. 33)

is **DENIED** in its entirety.

Date: July 15, 2026

s/ *Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge

Page 1 of 1